IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:08-CR-00382-BO-1

UNITED STATES OF AMERICA

vs.

TRAVIS LEMONT BARKSDALE
Defendant.

**ORDER ALLOWING CLERK TO
UNSEAL PRESENTENCE REPORTS**

FOR GOOD CAUSE, the Probation Office ~~Clerk of Court~~ for the United States District Court for the Eastern District of North Carolina is authorized to unseal the entire presentence reports (both first and final drafts) for use by counsel in perfecting the appeal of the defendant. A copy of both reports shall be mailed to counsel as follows: W. H. Paramore, III, Law Offices of W. H. Paramore, III, Post Office Box 215, Jacksonville, North Carolina 28541 forthwith to assist counsel in meeting deadlines imposed by the Fourth Circuit in the defendant's appeal.

IT IS SO ORDERED AND DIRECTED.

Entered this the 8 day of October, 2010.

_____
THE HONORABLE TERRENCE W. BOYLE
JUDGE, UNITED STATES DISTRICT COURT