# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 6/22/2016
Julia Richards Johnston, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America<br>v.<br>Travis Lemont Barksdale | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 5:08-CR-382-1BO<br>USM No: 51468-056 |
| Date of Original Judgment: March 18, 2010<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | | Robert Waters<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☑DENIED. ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The amount of marijuana equivalent involved is 90,000 kilograms or greater based on 40.9875 kilograms of cocaine base, 4 kilograms of cocaine, and 13.608 kilograms of marijuana.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 18, 2010, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 6·22·16

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle    U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011